**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

BERNARD HOLLOMOND,          )
                            )
        Plaintiff,          )
                            )
v.                          )        Civil Action No. 3:16CV705–HEH
                            )
SHANNON HADEED, *et al.*,   )
                            )
        Defendants.         )

**MEMORANDUM OPINION**
**(Dismissing Action Without Prejudice)**

On September 12, 2016, the Court conditionally docketed Plaintiff's action.

Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered

on November 17, 2016, the Court directed Plaintiff to pay an initial partial filing fee of

$1.50 or state under penalty of perjury that he did not have sufficient assets to pay such a

fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1).

Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a

fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard

of the Court's directives warrants dismissal of the action. Accordingly, the action will be

dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.



<u>                  /s/            </u>
HENRY E. HUDSON
UNITED STATES DISTRICT JUDGE

Date: 
Richmond, Virginia